IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EARL W. MEGONIGAL                                     PLAINTIFF

       v.                          CIVIL NO. 11-3037

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                            DEFENDANT

## MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

On May 19, 2011, Plaintiff, Earl W. Megonigal, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration. ECF No. 1. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves to voluntarily dismiss his case. ECF. No. 8. The undersigned finds good reason to grant Plaintiff's motion. Therefore, the undersigned recommends Plaintiff's case be dismissed without prejudice.

**The parties have <u>fourteen</u> days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

ENTERED this 8th day of November 2011.

                                                           */s/ J. Marschewski*
                                                           HON. JAMES R. MARSCHEWSKI
                                                           CHIEF U.S. MAGISTRATE JUDGE

**AO72A**
**(Rev. 8/82)**