IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EARL W. MEGONIGAL                                            PLAINTIFF

               v.              Case No. 3:11-CV-03037

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                             DEFENDANT

**J U D G M E N T**

On May 19, 2011, Plaintiff, Earl W. Megonigal, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration. (Doc. 1). On November 7, 2011, pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moved to voluntarily dismiss his case. (Doc. 8).

Currently before the Court is the Report and Recommendation (Doc. 9) filed in this case on November 8, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas, regarding Plaintiff's Motion to Dismiss. More than fourteen (14) days have passed without objections being filed by the parties.

The court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, Plaintiff's Motion to Dismiss (Doc. 8) is **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED AND ADJUDGED this 20th day of December, 2011.

                                                           /s/ P. K. Holmes, III
                                                           P.K. HOLMES, III
                                                           UNITED STATES DISTRICT JUDGE